GARMAN TURNER GORDON
DYLAN T. CICILIANO, ESQ.
Nevada Bar No. 12348
Email: dciciliano@gtg.legal
650 White Drive, Suite 100
Las Vegas, Nevada 89119
Tel: (725) 777-3000
Fax: (725) 777-3112
*Attorneys for SMS Financial J, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| KHI LIQUIDATION TRUST,<br><br>Plaintiff,<br><br>v.<br><br>SOUTHERN VEGAS VALLEY CONTRACTING, LLC<br><br>Defendant. | CASE NO.   2:17-cv-298-JAD-GWF<br><br>**STIPULATION AND ORDER TO CONTINUE HEARING ON DEFENDANT'S EMERGENCY MOTION TO VACATE ORDER FOR EXAMINATION OF JUDGMENT DEBTOR AND STAY PROCEEDINGS [DKT. 6]**<br><br>**SECOND REQUEST** |

Judgment Creditor SMS Financial J, LLC ("SMS") by and through its counsel of record Dylan T. Ciciliano, Esq. of the law firm Garman Turner Gordon, LLP, and SOUTHERN VEGAS VALLEY CONTRACTING, LLC ("SVVC"), by and through its counsel of record Jack Chen Min Juan, Esq. of the law firm Marquis Aurbach Coffing, hereby stipulate and agree as follows:

On or about March 20, 2017, SVVC filed its Emergency Motion to Vacate Order for Examination of Judgment Debtor and Stay Proceedings (the "Motion to Vacate"). [Dkt. 6]. By minute order dated March 21, 2017, the Court set a hearing on the Motion to Vacate for April 3, 2017, and stayed the judgment debtor exam until the Court decides the Motion to Vacate. [Dkt. 7].

The judgment that is the subject of the Motion to Vacate is based on an Order Granting Default Judgment ("Judgment") in favor of KHI Liquidation Trust against SVVC in the United

Garman Turner Gordon
650 White Dr., Suite 100
Las Vegas, Nevada 89119
(725) 777-3000

4816-9872-2887, v. 1

1 of 3

States Bankruptcy Court of the Northern District of Illinois Eastern District, *In re: Kimball Hill, Inc.*, Case No. 08-10095, Adv. Proc. No. 10-00761 (the "Adversary Proceeding"), on or about January 14, 2011. [*See generally* Dkt. 2].

Since the filing of the Motion to Vacate, SVVC and SMS engaged in settlement discussions. Accordingly, the parties stipulated and agreed that the hearing on the Motion to Vacate should be continued and the Court ordered that the Motion to Vacate be continued until April 25, 2017. [Dkt 11].

SVVC and SMS continue to engage in settlement discussions. Currently, SVVC is attempting to retrieve documents relevant to the underlying Adversary Proceeding. However, given the age of the documents, their retrieval is time consuming. Accordingly, the parties stipulate and agree that the hearing on the Motion to Vacate should be continued to May 22, 2017, subject to the Court's availability, with any response to the Motion to Vacate being due on May 15, 2017.

The parties further stipulate and agree that per the Court's March 20, 2017, Minute Order [dkt. 7], the judgment debtor exam should be stayed until such time that the Court decides the Motion to Vacate.

Dated this 21st day of April, 2017.

| GARMAN TURNER GORDON | MARQUIS AURBACH COFFING |
|---|---|
| /s/ Dylan T. Ciciliano | /s/ Jack Chen Min Juan |
| Dylan T. Ciciliano, Esq.<br>Nevada Bar No. 12348<br>650 White Drive, Suite 100<br>Las Vegas, NV 89119<br>dciciliano@gtg.legal<br><br>*Attorneys for Plaintiffs, SMS Financial J, LLC* | Jack Chen Min Juan, Esq.<br>Nevada Bar No. 6367<br>Neil M. Sansone, Esq.<br>Nevada Bar No. 13948<br>10001 Park Run Drive<br>Las Vegas, Nevada 89145<br>jjuan@maclaw.com<br>nsansone@maclaw.com<br><br>*Attorneys for Southern Vegas Valley Contracting, LLC* |

/ / /

/ / /

/ / /

4816-9872-2887, v. 1

**ORDER**

IT IS HEREBY ORDERED that the Emergency Motion to Vacate Order for Examination of Judgment Debtor and Stay Proceedings [Dkt. 6] is hereby rescheduled to be held on May 22, 2017, at the hour of 10:30 am, to be held in LV Courtroom 3A before Magistrate Judge George Foley, Jr.

IT IS FURTHER ORDERED that the Judgment Debtor Exam is hereby stayed until such time that the Court decides the Emergency Motion to Vacate Order for Examination of Judgment Debtor and Stay Proceedings.

DATED 4/24/2017.

_____
UNITED STATES MAGISTRATE JUDGE

4816-9872-2887, v. 1