GARMAN TURNER GORDON
DYLAN T. CICILIANO, ESQ.
Nevada Bar No. 12348
Email: dciciliano@gtg.legal
650 White Drive, Suite 100
Las Vegas, Nevada 89119
Tel: (725) 777-3000
Fax: (725) 777-3112
*Attorneys for SMS Financial J, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| KHI LIQUIDATION TRUST,<br><br>Plaintiff,<br><br>v.<br><br>SOUTHERN VEGAS VALLEY CONTRACTING, LLC<br><br>Defendant. | CASE NO.   2:17-cv-298-JAD-GWF<br><br>**STIPULATION AND ORDER TO CONTINUE HEARING ON DEFENDANT'S EMERGENCY MOTION TO VACATE ORDER FOR EXAMINATION OF JUDGMENT DEBTOR AND STAY PROCEEDINGS [DKT. 6]**<br><br>**FOURTH REQUEST** |

Judgment Creditor SMS Financial J, LLC ("SMS") by and through its counsel of record Dylan T. Ciciliano, Esq. of the law firm Garman Turner Gordon, LLP, and SOUTHERN VEGAS VALLEY CONTRACTING, LLC ("SVVC"), by and through its counsel of record Jack Chen Min Juan, Esq. of the law firm Marquis Aurbach Coffing, hereby stipulate and agree as follows:

On or about March 20, 2017, SVVC filed its Emergency Motion to Vacate Order for Examination of Judgment Debtor and Stay Proceedings (the "Motion to Vacate"). [Dkt. 6]. By minute order dated March 21, 2017, the Court set a hearing on the Motion to Vacate for April 3, 2017, and stayed the judgment debtor exam until the Court decides the Motion to Vacate. [Dkt. 7].

The judgment that is the subject of the Motion to Vacate is based on an Order Granting Default Judgment ("Judgment") in favor of KHI Liquidation Trust against SVVC in the United States Bankruptcy Court of the Northern District of Illinois Eastern District, *In re: Kimball Hill,*

*Inc.*, Case No. 08-10095, Adv. Proc. No. 10-00761 (the "Adversary Proceeding"), on or about January 14, 2011. [*See generally* Dkt. 2]. KHI Liquidation Trust assigned the judgment to SMS on April 29, 2016. [Dkt. 2-3].

Since the filing of the Motion to Vacate, SVVC and SMS engaged in settlement discussions. SVVC and SMS continue to engage in settlement discussions. Previously, SVVC searched its archives in an attempt to retrieve documents relevant to the underlying Adversary Proceeding. SVVC identified documents it contends are relevant to its potential defense in the Adversary Proceeding, and therefore relevant to the Motion to Vacate.

On May 17, 2017, SVVC provided the documents to SMS for its review, the day before the third requested stipulation. [Dkt 14].

SMS has reviewed the documents in furtherance of a possible resolution of the Motion to Vacate and is evaluating the legal position asserted by SVVC. Because SMS is an assignee, the process is more time consuming than it otherwise would have been.

Accordingly, the parties stipulate and agree that the hearing on the Motion to Vacate should be continued to July 31, 2017, subject to the Court's availability, with any response to the Motion to Vacate being due on July 24, 2017.

The parties further stipulate and agree that per the Court's March 20, 2017, Minute Order [dkt. 7], the judgment debtor exam should be stayed until such time that the Court decides the Motion to Vacate.

Dated this 23rd day of June, 2017.

| GARMAN TURNER GORDON | MARQUIS AURBACH COFFING |
|---|---|
| /s/ Dylan Ciciliano | /s/ Jack Chen Min Juan |
| Dylan T. Ciciliano, Esq.<br>Nevada Bar No. 12348<br>650 White Drive, Suite 100<br>Las Vegas, NV 89119<br>dciciliano@gtg.legal | Jack Chen Min Juan, Esq.<br>Nevada Bar No. 6367<br>10001 Park Run Drive<br>Las Vegas, Nevada 89145<br>jjuan@maclaw.com |
| *Attorneys for Plaintiffs, SMS Financial J, LLC* | *Attorneys for Southern Vegas Valley Contracting, LLC* |

Garman Turner Gordon
650 White Dr., Suite 100
Las Vegas, Nevada 89119
(725) 777-3000

4820-9120-0842, v. 1

2 of 3

**ORDER**

IT IS HEREBY ORDERED that the Emergency Motion to Vacate Order for Examination of Judgment Debtor and Stay Proceedings [Dkt. 6] is hereby rescheduled to be held on __August 4__, 2017, at the hour of 1:30 pm, to be held in LV Courtroom 3A before Magistrate Judge George Foley, Jr.

IT IS FURTHER ORDERED that the Judgment Debtor Exam is hereby stayed until such time that the Court decides the Emergency Motion to Vacate Order for Examination of Judgment Debtor and Stay Proceedings.

DATED __June 26, 2017__.

_/s/ George Foley Jr._
UNITED STATES MAGISTRATE JUDGE

4820-9120-0842, v. 1

Garman Turner Gordon
650 White Dr., Suite 100
Las Vegas, Nevada 89119
(725) 777-3000

4820-9120-0842, v. 1