GARMAN TURNER GORDON
DYLAN T. CICILIANO, ESQ.
Nevada Bar No. 12348
Email: dciciliano@gtg.legal
650 White Drive, Suite 100
Las Vegas, Nevada 89119
Tel: (725) 777-3000
Fax: (725) 777-3112
*Attorneys for SMS Financial J, LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KHI LIQUIDATION TRUST,<br><br>Plaintiff,<br><br>v.<br><br>SOUTHERN VEGAS VALLEY CONTRACTING, LLC<br><br>Defendant. | CASE NO. 2:17-cv-298-JAD-GWF<br><br>**STIPULATION AND ORDER TO VACATE ORDER GRANTING JUDGMENT DEBTOR EXAM [DKT. 4] AND EMERGENCY MOTION TO VACATE ORDER FOR EXAMINATION OF JUDGMENT DEBTOR AND STAY PROCEEDINGS [DKT. 6]** |

Judgment Creditor SMS Financial J, LLC ("SMS") by and through its counsel of record Dylan T. Ciciliano, Esq. of the law firm Garman Turner Gordon, LLP, and SOUTHERN VEGAS VALLEY CONTRACTING, LLC ("SVVC"), by and through its counsel of record Jack Chen Min Juan, Esq. of the law firm Marquis Aurbach Coffing, hereby stipulate and agree as follows:

On or about March 2, 2017, the Court entered its Order granted SMS's Motion for a Judgment Debtor Exam. [Dkt. 4]. On March 20, 2017, SVVC filed its Emergency Motion to Vacate Order for Examination of Judgment Debtor and Stay Proceedings (the "Motion to Vacate"). [Dkt. 6]. Pursuant to a stipulation of the parties, the hearing on the Motion to Vacate was continued to August 4, 2017. [Dkt. 18].

SMS and SVVC have resolved the issues raised in the Motion to Vacate and therefore stipulate and agree that the Order Granting Judgment Debtor Exam [Dkt. 4] and the Motion to

Garman Turner Gordon
650 White Dr., Suite 100
Las Vegas, Nevada 89119
(725) 777-3000

4837-4911-1116, v. 1

1 of 2

Vacate [Dkt. 6] should be vacated.

Dated this 3rd day of August, 2017.

| GARMAN TURNER GORDON | MARQUIS AURBACH COFFING |
|---|---|
| */s/ Dylan Ciciliano* | */s/ Jack Juan* |
| Dylan T. Ciciliano, Esq.<br>Nevada Bar No. 12348<br>650 White Drive, Suite 100<br>Las Vegas, NV 89119<br>dciciliano@gtg.legal | Jack Chen Min Juan, Esq.<br>Nevada Bar No. 6367<br>10001 Park Run Drive<br>Las Vegas, Nevada 89145<br>jjuan@maclaw.com |
| *Attorneys for Plaintiffs, SMS Financial J, LLC* | *Attorneys for Southern Vegas Valley Contracting, LLC* |

## **ORDER**

IT IS HEREBY ORDERED THAT THE Order Granting Judgment Debtor Exam [Dkt. 4] is hereby vacated.

IT IS FURTHER ORDERED that the Emergency Motion to Vacate Order for Examination of Judgment Debtor and Stay Proceedings [Dkt. 6] is hereby vacated.

DATED  8/4/2017  .

_____
UNITED STATES MAGISTRATE JUDGE

Garman Turner Gordon
650 White Dr., Suite 100
Las Vegas, Nevada 89119
(725) 777-3000

4837-4911-1116, v. 1